**Order entered May 20, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00909-CR

**ERIC LYLE WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 422nd Judicial District Court**
**Kaufman County, Texas**
**Trial Court Cause No. 29823-422**

## ORDER

The State's May 17, 2013 motion to extend time to file a brief is **GRANTED**, and the

State's brief submitted on May 17, 2013 is **ORDERED** filed as of that date.

/s/     MOLLY FRANCIS
        PRESIDING JUSTICE